Jonah A. Grossbardt (State Bar No. 283584)
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.364.6565 – Telephone
561.404.4353 – Facsimile
jonah.grossbardt@sriplaw.com

Attorneys for Plaintiff
BRYAN E. GLYNN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN E. GLYNN, | **Case No.:** |
| Plaintiff, | **COMPLAINT FOR COPYRIGHT INFRINGEMENT** |
| v. | |
| MIRAGE CIGAR LOUNGE, LLC AND CARL THOMAS SMITH DBA BSOCIAL MEDIA MANAGEMENT, | **Demand for Jury Trial** |
| Defendants. | |

## COMPLAINT FOR COPYRIGHT INFRINGEMENT
### (INJUNCTIVE RELIEF DEMANDED)

Plaintiff Bryan E. Glynn by and through his undersigned counsel, brings this Complaint against Defendants Mirage Cigar Lounge, LLC And Carl Thomas Smith dba BSocial Media Management for damages and injunctive relief, and in support thereof states as follows:

/ / /

/ / /

/ / /

1

**SUMMARY OF THE ACTION**

1. Plaintiff Bryan E. Glynn ("Glynn") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Glynn's original copyrighted Work of authorship in his Work.

2. Glynn is a master of lighting with extensive experience in using both natural light and flashes to get spectacular results in any environment. Glynn also is the founder of CigarObsession (at www.cigarobsession.com) and the producer of one of the most popular cigar video review YouTube channels.

3. Over the years, Glynn has worked in different areas of photography including architecture, weddings, models, landscapes, concerts, sports, and tabletop. Glynn has won many awards, both local and National, and his photographs have been published in magazines and newspapers across the country. Glynn's work can be identified at a glance for its crisp almost 3D look without using HDR; instead he uses off camera flash for dimension and pop, especially in his product work, which produces incredible details and dimension that stand out like a fingerprint for clients.

4. Defendant Mirage Cigar Lounge, LLC ("Mirage") is a premier cigar shop and lounge with a large variety of cigars. They offer special membership services, hold private events, and are open to the public daily. At Mirage you can select a specialty cigar and smoke in the lounge area with drinks and snacks. They have large flat screen tv's, leather seating, private bathrooms and lockers, and many other amenities for their guests. At all times relevant to herein, Mirage Cigar Lounge, LLC is the owner of the website located at the URL "http://www.cigarsranchomirage.com/" (the website).

5. Defendant Carl Thomas Smith dba BSocial Media Management ("BSocial") is a social media management business who gives small businesses a big voice. It offers services such as weekly and monthly social media monitoring, website design and creation, and search engine optimization. BSocial works to keep their

SRIPLAW
LOS ANGELES, CALIFORNIA

client's customers engaged and loyal to their business. Carl Thomas Smith dba BSocial Media Management created the website used by Mirage Cigar Lounge, LLC.

6.      Defendants Mirage and  are collectively referred to herein as "Defendants."

7.      Glynn alleges that Defendants copied Glynn's copyrighted Work from the internet in order to advertise, market and promote its business activities.

8.      Defendants committed the violations alleged in connection with Defendants' business for purposes of advertising and promoting sales to the public in the course and scope of the Defendants' business.

## JURISDICTION AND VENUE

9.      This is an action arising under the Copyright Act, 17 U.S.C. § 501.

10.      This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

11.      Defendants are subject to personal jurisdiction in California.

12.      Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendants engaged in infringement in this district, Defendants reside in this district, and Defendants are subject to personal jurisdiction in this district.

## DEFENDANTS

13.      Mirage Cigar Lounge, LLC is a  California Limited Liability Company, with its principal place of business at 71800 Hwy 111, Suite B110, Rancho Mirage, CA 92270, and can be served by serving its Registered Agent, Mr. Shaun Murphy, 1800 East Tahquitz Canyon Way, Palm Springs, CA 92262.

14.      Carl Thomas Smith dba BSocial Media Management is an individual, and can be served at 70522 Sunny Ln, Rancho Mirage, CA 92270.

/ / /

/ / /

/ / /

SRIPLAW
LOS ANGELES, CALIFORNIA

3

1

**THE COPYRIGHTED WORK AT ISSUE**

2   In 2015, Glynn created the photograph entitled ipw0018.jpg, which is shown below

3   and referred to herein as the "Work".

4
5
6
7
8
9
10
11
12
13
14
15
16
17



18          16.     At the time Glynn created the Work, Glynn applied copyright

19   management information to the Work consisting of a rectangular blue and white

20   watermark at the bottom left corner of the image that reads BGPictures.

21          17.     Glynn registered the Work with the Register of Copyrights on

22   October 22, 2015 and was assigned the registration number VAu 1-224-378.  The

23   Certificate of Registration is attached hereto as Exhibit 1.

24          18.     Glynn's Work is protected by copyright but is not otherwise confidential,

25   proprietary, or trade secrets.

26          19.     At all relevant times Glynn was the owner of the copyrighted Work at

27   issue in this case.

28

4

SRIPLAW
LOS ANGELES, CALIFORNIA

**INFRINGEMENT BY DEFENDANTS**

20.    Defendants have never been licensed to use the Work at issue in this action for any purpose.

21.    On a date after the Work at issue in this action was created, but prior to the filing of this action, Defendants copied the Work.

22.    Defendants copied Glynn's copyrighted Work without Glynn's permission.

23.    After Defendants copied the Work, they made further copies and distributed the Work on the internet to promote the sale of goods and services as part of their cigar sales and promotion business.

24.    Defendants copied and distributed Glynn's copyrighted Work in connection with Defendants' business for purposes of advertising and promoting Defendants' business, and in the course and scope of advertising and selling products and services.

25.    Glynn's Works are protected by copyright but are not otherwise confidential, proprietary, or trade secrets.

26.    Defendants committed copyright infringement of the Work as evidenced by the documents attached hereto as Exhibit 2.

27.    Glynn never gave Defendants permission or authority to copy, distribute, or display the Work at issue in this case.

28.    Glynn notified Defendants of the allegations set forth herein on October 25, 2019 and January 27, 2020.  To date, the parties have been unable to resolve this dispute.

29.    When Defendants copied and displayed the Work at issue in this case, Defendants removed Glynn's copyright management information from the Work.

30.    Glynn never gave Defendants permission or authority to remove copyright management information from the Work at issue in this case.

COMPLAINT FOR COPYRIGHT INFRINGEMENT                                    CASE NO.:

## COUNT I

## COPYRIGHT INFRINGEMENT

31.    Glynn incorporates the allegations of paragraphs 1 through 30 of this Complaint as if fully set forth herein.

32.    Glynn owns a valid copyright in the Work at issue in this case.

33.    Glynn registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

34.    Defendants copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Glynn's authorization in violation of 17 U.S.C. § 501.

35.    Defendants performed the acts alleged in the course and scope of its business activities.

36.    Defendants' acts were willful.

37.    Glynn has been damaged.

38.    The harm caused to Glynn has been irreparable.

## COUNT II

## REMOVAL OF COPYRIGHT MANAGEMENT INFORMATION

39.    Glynn incorporates the allegations of paragraphs 1 through 30 of this Complaint as if fully set forth herein.

40.    The Work at issue in this case contains copyright management information ("CMI").

41.    Defendants knowingly and with the intent to enable or facilitate copyright infringement, removed CMI from the Work at issue in this action in violation of 17 U.S.C. § 1202(b).

42.    Defendants committed these acts knowing or having reasonable grounds to know that they will induce, enable, facilitate or conceal infringement of Glynn's rights in the Work at issue in this action protected under the Copyright Act.

CASE NO.:

43.     Defendants caused, directed and authorized others commit these acts knowing or having reasonable grounds to know that they will induce, enable, facilitate or conceal infringement of Glynn's rights in the Work at issue in this action protected under the Copyright Act.

44.     Glynn has been damaged.

45.     The harm caused to Glynn has been irreparable.

WHEREFORE, the Plaintiff prays for judgment against the Defendants Mirage Cigar Lounge, LLC and Carl Thomas Smith dba BSocial Media Management that:

a. Defendants and their officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of  17 U.S.C. §§ 501, 1203 ;

b. Defendants be required to pay Plaintiff his actual damages and Defendants' profits attributable to the infringement, or, at Plaintiff's election, statutory damages, as provided in 17 U.S.C. §§ 504, 1203 ;

c. Plaintiff be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

d. Plaintiff be awarded pre and post-judgment interest; and

e. Plaintiff be awarded such other and further relief as the Court deems just and proper.

**JURY DEMAND**

Plaintiff hereby demands a trial by jury of all issues so triable.

DATED:  April 5, 2021                    Respectfully submitted,

*/s/ Jonah A. Grossbardt*
JONAH A. GROSSBARDT
**SRIPLAW**
*Attorneys for Plaintiff Bryan E. Glynn*