# Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-224-378

Effective Date of Registration:
October 22, 2015

## Title
**Title of Work:** 439 cigar art photos volume 1

## Completion/Publication
**Year of Completion:** 2015

## Author
- **Author:** Bryan Glynn
  **Author Created:** photograph
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1974

## Copyright Claimant
**Copyright Claimant:** Bryan Glynn
5318 Bob White Dr, Holiday, FL, 34690

## Rights and Permissions
**Name:** Bryan Glynn
**Email:** bryan@bgpictures.com
**Telephone:** (727)946-1000
**Address:** 5318 Bob White Dr
Holiday, FL 34690

## Certification
**Name:** Bryan E. Glynn
**Date:** October 22, 2015

---

**Copyright Office notes:** Basis for Registration: Regarding registration of multiple works, registered as an

Page 1 of 2