Exhibit 2

# IPCPR 2019

6/27/2019                                                                                                                    0 Comments



Now that the 87th Annual IPCPR Convention & International Trade Show will be officially kicking off this weekend, there will surely be no shortage of new cigars and accessories headed towards your local retailers. With brands coming out with new and enticing blends, it can be difficult to make a selection. Our advice to cigar lovers is to not be afraid to try something outside of your comfort zone.

We know for most of us, that is a statement that is easier said than done. The thought of spending money on a dud can discourage even the most adventurous smokers. With that thought in mind, if you are not quite ready to try something completely different, might we suggest exploring different blends within one of your favorite brands. Try out a lighter or richer blend than what you may be used to. This can give you a little more insight into your own pallet. You may find that your taste have changed or that you are able to decipher subtle similarities between lines within the brand you enjoy.

Summer time evenings with friends can provide the perfect setting for that something new. So don't be shy, take a chance, you might find your new go to cigar. Happy summer smoking!

**Author**

Brandi

**Archives**

**June 2019**

**May 2019**

**Categories**

**All**

**Cigar Lounges**

**Cigars**

**IPCPR**

**Tips**

**RSS Feed**

Like 0 • Tweet

0 Comments

# Cigar Etiquette – A Basic Guide

5/29/2019        0 Comments



This basic cigar etiquette guide will help you create an enjoyable atmosphere not just for you but for others as well.

1. Prep Work: When preparing your cigar you want to make sure you are using the correct accessories. No matter the cut you prefer, using the proper tools can help ensure a better smoking experience. Now that you have your cigar cut it is time to light your cigar. Whether you use a torch lighter or cedar spliff, the most important thing to remember is the technique. When lighting your cigar it is best to keep the foot of the cigar above the flame rather than directly in it. This ensures that you are able to enjoy the cigars intended flavor characteristics.

2. Relax and enjoy: It is finally time to sit back and enjoy your cigar. While smoking your cigar remember that it is not a race but more of a time to reflect on your own or build memories with friends. When in a lounge setting be aware of your surroundings and courteous to those around you. There is nothing wrong with conversation, however having that conversation loudly escalate to an all out battle is completely unacceptable.

3. Finishing up: After you have had your fill of great cigars and conversation, it is now time to head out. To extinguish your cigar simply lay the cigar in the ashtray. The cigar will go out on it's own, no need to snuff it out.

So, there's some food for thought to digest the next time you light-up your favorite cigar in our or another cigar lounge. Keep in mind that most of the cigar etiquette tips noted above apply to wherever you happen to be partaking of the leaf we love.

Like 0    Tweet

0 Comments



**Contact Us**

*Indicates required field

Name *
First    Last

Email *

Comment *

**SUBMIT**

71800 Hwy 111, STE. B-110, Rancho Mirage, California 92270

**DIRECTIONS**

© 2019 - 2020 Mirage Cigar Lounge

Website Powered by **BSocial Media Management**



Home    Cigar Blog

## IPCPR 2019

6/27/2019                                                                                                                         0 Comments

**Author**

Brandi

**Archives**

June 2019
May 2019

**Categories**

All
Cigar Lounges
Cigars
IPCPR
Tips

This site uses cookies to personalize your experience, analyze site usage, and offer tailored promotions. www.youronlinechoices.eu    Remind me later    I accept



Now that the 87th Annual IPCPR Convention & International Trade Show will be officially kicking off this weekend, there will surely be no shortage of new cigars and accessories headed towards your local retailers. With brands coming out with new and enticing blends, it can be difficult to make a selection. Our advice to cigar lovers is to not be afraid to try something outside of your comfort zone.

We know for most of us, that is a statement that is easier said than done. The thought of spending money on a dud can discourage even the most adventurous smokers. With that thought in mind, if you are not quite ready to try something completely different, might we suggest exploring different blends within one of your favorite brands. Try out a lighter or richer blend than what you may be used to. This can give you a little more insight into your own pallet. You may find that your taste have changed or that you are able to decipher subtle similarities between lines within the brand you enjoy.

Summer time evenings with friends can provide the perfect setting for that something new. So don't be shy, take a chance, you might find your new go to cigar. Happy summer smoking!

Like 0    Tweet

0 Comments

## Cigar Etiquette - A Basic Guide

5/29/2019                                                                                                                         0 Comments



This basic cigar etiquette guide will help you create an enjoyable atmosphere not just for you but for others as well.

1. Prep Work: When preparing your cigar you want to make sure you are using the correct accessories. No matter the cut you prefer, using the proper tools can help ensure a better smoking experience. Now that you have your cigar cut it is time to light your cigar. Whether you use a torch lighter or cedar spliff, the most important thing to remember is the technique. When lighting your cigar it is best to keep the foot of the cigar above the flame rather than directly in it. This ensures that you are able to enjoy the cigars intended flavor characteristics.

2. Relax and enjoy: It is finally time to sit back and enjoy your cigar. While smoking your cigar remember that it is not a race but more of a time to reflect on your own or build memories with friends. When in a lounge setting be aware of your surroundings and courteous to those around you. There is nothing wrong with conversation, however having that conversation loudly escalate to an all out battle is completely unacceptable.

3. Finishing up: After you have had your fill of great cigars and conversation, it is now time to head out. To extinguish your cigar simply lay the cigar in the ashtray. The cigar will go out on it's own, no need to snuff it out.

So, there's some food for thought to digest the next time you light-up your favorite cigar in our or another cigar lounge. Keep in mind that most of the cigar etiquette tips noted above apply to wherever you happen to be partaking of the leaf we love.

Like 0    Tweet

0 Comments

---

### Contact Us

* Indicates required field

Name *
First                    Last
First                    Last

Email *

Comment *

SUBMIT

71800 Hwy 111, STE. B-110, Rancho Mirage, California 92270

DIRECTIONS

© 2019 - 2020 Mirage Cigar Lounge
Website Powered by BSoclal Media Management

Home    Cigar Blog

Phone    Email

The Mirage Cigar Lounge
Coming To The River At Rancho Mirage In 2019

*The Desert's Premiere Cigar Experience*

*Featuring Both General & Private Membership Lounges*

Full Website Coming Soon

## Contact Us

* Indicates required field

Name *
First                                Last
First                                Last

Email *

Comment *

SUBMIT

71800 Hwy 111, STE. B-110, Rancho Mirage, California 92270

DIRECTIONS

© 2019 - 2020 Mirage Cigar Lounge

Website Powered by **BSocial Media Management**

